1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Robert Fried, State Bar No. 85579, rfried@aalrr.com
   Elizabeth P. Lind, State Bar No. 142309, elind@aalrr.com
3  5776 Stoneridge Mall Road, Suite 200
   Pleasanton, California 94588
4  Telephone: (925) 227-9200
   Facsimile: (925) 227-9202
5
6  Attorneys for STUMP & SONS, INC.
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11 THE BOARD OF TRUSTEES, in their        CASE NO.:    CV 08 3036
   capacities as Trustees of the LABORERS
12 HEALTH AND WELFARE TRUST FUND          **STIPULATION TO EXTEND THE
   FOR NORTHERN CALIFORNIA;               TIME FOR FILING DEFENDANT'S
13 LABORERS VACATION-HOLIDAY TRUST        RESPONSE TO THE COMPLAINT**
   FUND FOR NORTHERN CALIFORNIA;
14 LABORERS PENSION TRUST FUND FOR
   NORTHERN CALIFORNIA; and LABORERS
15 TRAINING AND RETRAINING TRUST
   FUND FOR NORTHERN CALIFORNIA,          COMPLAINT FILED: JUNE 20, 2008
16
              Plaintiff,
17
   vs.
18
   STUMP AND SONS, INC., a California
19 Corporation,
20            Defendant.
21
22
23      The parties hereby stipulate that Defendant STUMP AND SONS, INC. shall have until
24 August 22, 2008 to file its response to the Complaint filed herein on June 20, 2008. Pursuant to
25 Civil Local Rule 6-1, the parties may stipulate in writing, without a Court order, to extend the
26 time within which to answer or otherwise respond to the complaint, provided the change will not
27 alter the date of any event or any deadline already fixed by Court order.
28

1  DATED: July 28, 2008          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

2

3                                 By: _____
4                                     Elizabeth P. Lind
                                      Attorneys for Defendant
5

6  DATED: July 25, 2008          WEINBERG, ROGER & ROSENFELD

7

8
                                  By: _____
9                                     Concepcion E. Lozano-Batista
                                      Attorneys for Plaintiffs
10

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

000852.00000/149347v1

-2-
Stipulation of Time for Filing Defendant's Response
USDC NORTHERN DISTRICT CASE NO. CV 08 3036