1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  Robert Fried, State Bar No. 85579, rfried@aalrr.com
   Elizabeth P. Lind, State Bar No. 142309, elind@aalrr.com
3  5776 Stoneridge Mall Road, Suite 200
   Pleasanton, California 94588
4  Telephone: (925) 227-9200
   Facsimile: (925) 227-9202
5
6  Attorneys for STUMP & SONS, INC.

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>STUMP AND SONS, INC., a California Corporation,<br><br>                    Defendant. | CASE NO.:   CV 08 3036 BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: June 20, 2008 |

22    Pursuant to Civil Local Rule 3-16, STUMP & SONS, INC. ("Defendants") certify that
23  there are no associated persons, firms, partnerships, corporations (including parent corporations)
24  or other entities with a financial interest in the subject matter in controversy or in a party to the
25  proceeding, or have a non-financial interest in that subject matter or in a party that could be
26  substantially affected by the outcome of this proceeding.
27  / / /
28  / / /

1  The undersigned certifies that as of this date, there are no other non-party interested
2  entities or persons to report.
3  Dated: August 20, 2008        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____/s/_____
Robert Fried
Attorneys for Defendant STUMP & SONS, INC.

-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
USDC NORTHERN DISTRICT CASE NO. CV 08 3036

012086.00008/164831v1