ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, SBN 85579, rfried@aalrr.com
Elizabeth P. Lind, SBN 142309, elind@aalrr.com
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for STUMP & SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>STUMP AND SONS, INC., a California Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.:   CV 08 3036  CRB<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  May 1, 2009<br>Time:  8:30 a.m.<br>Ctrm:  8 - 19th Floor<br>Judge: Honorable Charles R. Breyer<br><br>Complaint Filed:   June 20, 2008 |

Plaintiffs and Defendants in the above-titled action jointly submit this Supplemental Joint Case Management Statement. This statement updates only Section 11 of the Case Management Statement Previously filed.

1. <u>Settlement and ADR:</u>   This matter is set for a settlement conference with Magistrate Judge Maria Elena James on April 27, 2009.  We would request an 30 day continuance of the

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
TELEPHONE: (925) 227-9200
FACSIMILE: (925) 227-9202

1  Case Management Conference currently set for May 1st, 2009, if the event this matter does not
2  settle on April 27.

3  DATED: April 15, 2009                    WEINBERG, ROGER & ROSENFELD

4
5                                              /s/ Patricia A. Davis
                                               /s/ Concepcion E. Lozano-Batista
6                                           By: _____
7                                           Attorneys for PLAINTIFFS

8  DATED: April 15, 2009
9
                                            ATKINSON, ANDELSON, LOYA, RUUD & ROMO
10
11
                                            By:   /s/ Robert Fried
12                                                Robert Fried
                                            Attorneys for STUMP & SONS, INC.
13
14
15 The Case Management conference currently set for May 1, 2009 is hereby continued to Friday,
   June 19, 2009 at 8:30 a.m.
16
17
18
19        Signed:  April 16, 2009



20
21
22
23
24
25
26
27
28